UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN BROSNAN,<br>Plaintiff,<br>v.<br>DOHERTYS TRUCK RENTAL, et al.,<br>Defendants. | Case No. 26-cv-05096-AGT<br><br>**ORDER RE: DISMISSAL AND ELECTRONIC FILING**<br><br>Re: Dkt. Nos. 5, 6 |

Defendant Doherty's Truck Rental (Doherty's)[1] moves to dismiss plaintiff John Brosnan's complaint. Dkt. 6. The time for filing a response or reply has now passed, and neither were filed. The Court finds this motion appropriate for decision without a hearing, *see* Civil L.R. 7-1(b), and now denies the motion.

Doherty's argues only that Brosnan failed to pay the filing fee or a returned check fee. Dkt. 6. On that basis alone, Doherty's urges the Court to dismiss pursuant to Federal Rule of Civil Procedure 41(b) and the Court's inherent authority. *Id.* But, the docket now reflects that on July 2, 2026, Brosnan paid the filing fee. As such, the motion to dismiss must be denied.[2]

Next, Brosnan requested electronic filing access. Dkt. 5. The Court now grants the

[1] In the complaint, the defendant is named as Dohertys Truck Rental. Dkt. 1. In the motion to dismiss, the defendant refers to itself as Doherty's Truck Rental. Dkt. 6.

[2] The motion to dismiss was filed July 1, 2026, and the notation regarding payment was entered on July 30, 2026.

request for electronic filing access. Information regarding how to register for e-filing can be found on the District's website: https://cand.uscourts.gov/cases-e-filing/cmecf-information/setting-your-cmecf-account.

Finally, the District has resources available for pro se litigants. More information can be found here: https://cand.uscourts.gov/representing-yourself/jdc-legal-help-center-san-francisco-oakland-courthouses.

This order dispenses with dkts. 5 and 6.

**IT IS SO ORDERED.**

Dated: July 30, 2026

Alex G. Tse
United States Magistrate Judge